# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN CORY GREEN,

    Defendant.

Case No. CR20-27 RAJ

DETENTION ORDER

<u>Offenses charged</u>:

    Count 1:    Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)

    Count 2:    Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)

<u>Date of Detention Hearing</u>: On March 9, 2020, the Court held a telephonic detention hearing, with the consent of Defendant Green, due to the exigence circumstances as outlined in General Order 01-20. This detention order is without prejudice.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

DETENTION ORDER - 1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Defendant poses a risk of nonappearance due to his past failures to appear, criminal activity while under supervision, and pending criminal charges. Defendant poses a risk of danger due to the nature of the instant offense and his criminal history. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 9th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge