The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-027 RAJ |
| Plaintiff, | ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE |
| v. | |
| SHAWN CORY GREEN, | |
| Defendant. | |

Having considered the record, the Government's motion filed April 14, 2020, and General Orders 02-20 and 07-20 for the Western District of Washington, the Court FINDS that trial in this case cannot proceed on the currently scheduled date of May 11, 2020. For the reasons detailed in the government's motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the government's motion to continue the trial date and other dates (Dkt. #16) is GRANTED.

The trial date of May 11, 2020, is hereby VACATED.

A status hearing is SCHEDULED for **July 17, 2020, at 11:00 a.m.**   At that status hearing, the Court will set a new trial date.

IT IS FURTHER ORDERED that the time between the date of the filing of the government's motion and July 1, 2020, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

DATED this 27th day of April, 2020.

The Honorable Richard A. Jones
United States District Judge