THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0027-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SHAWN CORY GREEN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. As a result of the impact of the COVID-19 pandemic in this district, the Court vacated the trial date in this matter and set a status hearing for July 17, 2020. (*See* Dkt. No. 18.) The Court has repeatedly continued the hearing and, most recently, struck the hearing scheduled for October 29, 2020. (*See* Dkt. Nos. 21, 22, 23, 27.) The Court believes it would be able to try this case in early January 2021, based on current COVID-19 conditions, without any potential impact on the health of all participant or the community. Accordingly, the Court SETS a status hearing in this matter for 10 a.m. on October 27, 2020. The hearing will proceed remotely via videoconference. The parties should be prepared to discuss, during this hearing, their ability to try the case in early January 2021.

//

1       DATED this 21st day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk