THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0027-JCC |
| Plaintiff, | ORDER |
| v. | |
| SHAWN CORY GREEN, | |
| Defendant. | |

This matter comes before the Court on Defendant Shawn Cory Green's unopposed motion to proceed with a guilty plea hearing by video or telephone conference (Dkt. No. 36). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

I.   **BACKGROUND**

On February 26, 2020, Mr. Green was charged by indictment with two counts of possession of methamphetamine with intent to distribute. (Dkt. No. 1.) Trial is presently scheduled for March 15, 2021. (*See* Dkt. Nos. 31, 34.) The parties have reached a plea agreement, and Mr. Green moves to proceed with a guilty plea hearing by video or telephone conference. (*See generally* Dkt. No. 36.)

//

//

ORDER
CR20-0027-JCC
PAGE - 1

## II. DISCUSSION

Delaying Mr. Green's plea hearing would cause serious harm to the interests of justice. *See* Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, §§ 15002(b)(2)(A), (b)(4), 134 Stat. 281, 528–29 (2020); W.D. Wash. General Order No. 17-20 (Dec. 23, 2020), 14-20 (Sept. 24, 2020), 04-20 (Mar. 30, 2020). In-person proceedings will not resume in this District until at least April 1, 2021. *See* W.D. Wash. General Order No. 18-20 at 2 (Dec. 30, 2020). Delaying Mr. Green's plea hearing, and therefore his sentencing, by at least seven weeks would cause serious harm to the interests of justice because Mr. Green has a strong interest in the speedy resolution of this matter, having already reached an agreement with the Government.

## III. CONCLUSION

For the foregoing reasons, the Court GRANTS the motion to proceed with a guilty plea hearing by video or telephone conference (Dkt. No. 36). The Court ORDERS that Defendant's guilty plea hearing before a Magistrate Judge be set as soon as practicable and be conducted by video conference. The Court DIRECTS the presiding judge to establish a record of Defendant's consent for the hearing, in accordance with General Order No. 04-20.

DATED this 8th day of February 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE