THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>             Plaintiff, <br>    v. <br> SHAWN CORY GREEN, <br>             Defendant. | CASE NO. CR20-0027-JCC <br><br> ORDER |

    This matter comes before the Court on Defendant's ("Mr. Green") motion for early termination of supervised release (Dkt. No. 54). Probation supports Mr. Green's motion, and the Government defers to the Court. (*See* Dkt. Nos. 54 at 1, 56 at 1–2.) Having thoroughly considered the briefing and relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

    The Court may terminate a term of supervised release after the completion of one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In deciding whether early termination is appropriate, the Court must consider several factors, including the nature and circumstances of the offense, the history and characteristics of the defendant, the need to deter criminal conduct, the need to protect the public from further crimes, the need to provide the defendant with correctional treatment in the most effective manner, and the need to avoid disparity among similarly situated

ORDER
CR20-0027-JCC
PAGE - 1

defendants. *Id.* § 3583(e) (citing to factors listed by 18 U.S.C. § 3553(a)); *United States v. Emmett*, 749 F.3d 817, 820 (9th Cir. 2014).

      The Court has considered the § 3553(a) factors here and concludes that early termination of supervised release is warranted. Defendant has demonstrated highly commendable conduct over the past 18 months of his supervision. This is particularly so with respect to his continued sobriety, which, as the Government notes, is "a remarkable achievement" compared to his performance on supervision in prior criminal cases. (Dkt. No. 56 at 1–2.) Moreover, the Court looks favorably upon Mr. Green's stable housing and gainful employment since his supervision began—especially his desire to seek a position with his union. (*See id.* at 1, Dkt. No. 54 at 2.) It is clear then, amongst other things, that Mr. Green is not a threat to himself or the community, that continued supervision would not deter future criminal conduct, and that no further correctional treatment is needed. The Court is therefore satisfied that Mr. Green's conduct and the interest of justice warrant early termination of his supervised release.

      Accordingly, the Court GRANTS Mr. Green's motion (Dkt. No. 54) and ORDERS that his term of supervised release is hereby TERMINATED effective immediately.

      DATED this 30th day of April 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE